**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
CORNELL HERBERT                    )
97 Cornell Drive                   )
Kearnysville, WV 25430             )
                                   )
         Plaintiff,                )
                                   )
    v.                             )   Civil Action No. 07-1516(CKK)
                                   )
THE ARCHITECT OF THE CAPITOL       )
U.S. Capitol Building              )
Washington, D.C.                   )
                                   )
         Defendant.                )
_____)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205