IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CORNELL HERBERT,** | ) | |
| **97 Cornell Drive** | ) | |
| **Kearneysville, WV 25430** | ) | Case 1:07-cv-01516-CKK |
| **Plaintiff** | ) | |
|  | ) | |
| **Plaintiff** | ) | |
|  | ) | |
| **v.** | ) | |
|  | | |
| **THE ARCHITECT OF THE** | | |
| **CAPITOL** | | |
| **U.S. Capitol Building** | | |
| **Washington, D.C. 20001** | | |
| **Defendant** | | |

**PROOF OF SERVICE**

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7006 2150 0000 7445 7473, to the U.S. Attorney General. The summons and Complaint were received on August 31, 2007, and documentation demonstrating service is attached hereto.

Respectfully Submitted,
ALDERMAN, DEVORSETZ & HORA,
PLLC

/s/ Leslie Alderman (D.C. #477750)
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) AUG 3 1 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S Attorney General<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2150 0000 7445 7473 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Alderman, Devorsetz & Hora
1025 Connecticut Ave, NW
Suite 615
Washington, DC 20036