IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORNELL HERBERT** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Case No. 1:07-cv-1605 (CKK) |
| | ) Case No. 1:07-cv-1516 (CKK) |
| | ) |
| **THE ARCHITECT OF THE** | ) |
| **CAPITOL** | ) |
| **Defendant** | ) |

## CONSENT MOTION TO CONSOLIDATE RELATED ACTIONS

The Plaintiff, by and through his undersigned attorney, hereby submits this Consent Motion to Consolidate Related Actions pursuant to Federal Rule of Civil Procedure 42(a) and Local Civ. R. 40.5(d).

For the reasons explained in the following Statement of Points and Authorities, the Plaintiff respectfully requests that the Court grant its motion to consolidate Civil Action Nos. 1:07CV01605 and 1:07CV01516. The Defendant consents to this motion.

Respectfully Submitted,

_____/s/_____
Leslie D. Alderman III (477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: lalderman@adhlawfirm.com

### STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO CONSOLIDATE RELATED ACTIONS

1. Civil Action Nos. 1:07CV01605 and 1:07CV01516 are based on claims of discrimination and retaliation for engaging in activities protected by the Congressional Accountability Act of 1995 2 U.S.C. § 1301 et seq.  Both cases are pending before this District Court Judge, involve the same claims, grow out of the same event, and involve the same parties. Plaintiff furthermore submitted a Notice of Designation of Related Case when he filed Case No. 1605.

2. Case No. 1516 pertains to the Defendant issuing the Plaintiff a <u>notice</u> that he would receive a formal reprimand as a result of actions that occurred on December 2, 2006.

3. Case No. 1605 pertains to the Defendant's subsequent issuance of the threatened letter of reprimand as a result of the same December 2, 2006 actions.

4. The Plaintiff did not originally join these claims in the same civil action because the second claim (for imposition of the reprimand) was not yet capable of being filed (pursuant to 2 U.S.C. § 1404, which requires a civil action to be initiated within 90 days of receipt of the "End of Mediation Notice," but imposes a 30-day waiting period following) prior to the 90-day deadline for filing the civil action that included the first claim (issuance of the notice to reprimand).

5. Plaintiff further explains that the claim included in Case No. 1605 was not filed as an Amended Claim in order to satisfy and protect against even the strictest reading of 2 U.S.C. § 1404 (which refers to "filing" a civil action) and 2 U.S.C. § 1408 (which refers to "commencing" a civil action).

6. "When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the

actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. P 42(a). "The decision whether to consolidate cases under Rule 42(a) is within the broad discretion of the trial court." *Stewart v. O'Neill*, 225 F.Supp.2d 16, 20 (D.D.C.2002).

7. These cases should be consolidated for all purposes because the claims contained therein are premised on the same event or transaction, namely the Defendant's action of disciplining the Plaintiff as a result of actions that occurred on December 2, 2006, which the Plaintiff contends was taken against him as a result of discriminatory and retaliatory animus in violation of the Congressional Accountability Act 2 U.S.C. § 1301 *et seq.*).

WHEREFORE, Plaintiff respectfully requests that this Court (i) consolidate Case Nos. 1:07CV01605 and 1:07CV01516; (ii) the governing or consolidated civil case number be that of the first case filed, 1:06CV01516, (iii) grant such other and further relief to effectuate the requested consolidation as the Court deems just and proper.

Respectfully Submitted,

_____/s/_____
Leslie D. Alderman III (477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: lalderman@adhlawfirm.com

3