IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORNELL HERBERT** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Case No. 1:07-cv-1605 (CKK) |
| | ) Case No. 1:07-cv-1516 (CKK) |
| | ) |
| **THE ARCHITECT OF THE** | ) |
| **CAPITOL** | ) |
| **Defendant** | ) |

### NOTICE OF FILING PROPOSED ORDER

Plaintiff hereby provides notice of filing the attached proposed order, which should have accompanied his Consent Motion to Consolidate Cases. The proposed order is attached hereto.

Respectfully Submitted,

_____/s/_____
Leslie D. Alderman III (477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: lalderman@adhlawfirm.com

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORNELL HERBERT** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Case No. 1:07-cv-1605 (CKK) |
| | ) Case No. 1:07-cv-1516 (CKK) |
| | ) |
| **THE ARCHITECT OF THE CAPITOL** | ) |
| | ) |
| **Defendant** | ) |

## ORDER

Upon consideration of the Plaintiff's Consent Motion to Consolidate, it is hereby ordered that Case No. 1:07-cv-1605 and Case No. 1:07-cv-1516 shall hereby be consolidated for all purposes. The cases shall be referenced by Case No. 1:07-cv-1516 (CKK).

So Ordered this day, _____, 2007.


By: _____
District Court Judge Kollar-Kotelly