IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELL HERBERT ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:07-cv-1605 (CKK) |
| ) | Case No. 1:07-cv-1516 (CKK) |
| ) | |
| THE ARCHITECT OF THE ) | |
| CAPITOL ) | |
| Defendant ) | |

## ORDER

Upon consideration of the Plaintiff's Consent Motion to Consolidate, it is hereby ordered that Case No. 1:07-cv-1605 and Case No. 1:07-cv-1516 shall hereby be consolidated for all purposes. The cases shall be referenced by Case No. 1:07-cv-1516 (CKK).

So Ordered this day, __Nov. 28__, 2007.

By: _____
District Court Judge Kollar-Kotelly