UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
CORNELL HERBERT               )
                              )
          Plaintiff,          )
                              )
     v.                       )   Civil Action No. 07-1516(CKK)
                              )
THE ARCHITECT OF THE CAPITOL  )
                              )
          Defendant.          )
_____)
```

**EMERGENCY CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves to reschedule the Status Conference presently set for February 26, 2008 at 10:30 a.m. to February 27, 2008 at 9:45 a.m.

Counsel for the defendant needs to accompany a 95 year old woman to the doctor. Counsel assumed power of attorney for this long-term friend, who has no family, when she fell and broke her leg in her apartment in October, 2007. Although she is presently in a nursing home, she must see a specialist at George Washington University Hospital due to complications and a leg infection. The only day and time available until mid-to-late March is the morning of February 26, 2008. Due to the seriousness of the situation and her advanced age, counsel felt obligated to take the first available date.

Counsel for the plaintiff has graciously consented to this request. Counsel cleared the proposed date with this Court's Courtroom Clerk, Ms. Dorothy Jones-Patterson.

Wherefore, it is respectfully requested that the Status Conference presently set for February 26, 2008 at 10:30 a.m. be rescheduled to February 27, 2008 at 9:45 a.m.

        Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
CORNELL HERBERT                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )   Civil Action No. 07-1516(CKK)
                                   )
THE ARCHITECT OF THE CAPITOL       )
                                   )
          Defendant.               )
_____)

**<u>ORDER</u>**

UPON CONSIDERATION of the defendant's Emergency Consent Motion to Reschedule Status Conference, and for good cause shown, it is on this _____day of _____, 2008,

ORDERED, that defendant's motion is GRANTED.  It is

FURTHER ORDERED that the presently scheduled Status Conference is rescheduled for February 27, 2008 at 9:45 a.m.

_____
UNITED STATES DISTRICT JUDGE


Copies to:

Parties via ECF