UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CORNELL HERBERT                )
                               )
        Plaintiff,             )
                               )
     v.                        )   Civil Action No. 07-1516(CKK)
                               )
THE ARCHITECT OF THE CAPITOL   )
                               )
        Defendant.             )
_____)
```

## JOINT DISCOVERY PLAN

In accordance with the Court's Scheduling Order, the parties submit a proposed discovery.

1. The defendant will serve plaintiff with a proposed stipulated protective order (Privacy Act) by March 10, 2008. The plaintiff will return the executed order to defendant, or suggest changes by March 30, 2008, for filing with the Court.

2. The defendant will serve plaintiff with written discovery including medical releases, if appropriate, by April 1, 2008.

3. The plaintiff will serve defendant with written discovery by April 1, 2008.

4. The parties anticipate that all written discovery will be concluded June 1, 2008.

5. The parties anticipated that all depositions will be concluded by August 15, 2008.

6. The status conference is scheduled for September 4, 2008.

Respectfully submitted,

__/s/_____  __/s/_____
LESLIE DAVID ALDERMAN, III     JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar # 477750              United States Attorney
Alderman & Devorsetz, PLLC
1025 Connecticut Avenue, NW
Suite 615                      __/s/_____
Washington, DC 20036           RUDOLPH CONTRERAS, D.C. BAR # 434122
202-969-8220                   Assistant United States Attorney
Fax: 202-969-8224
Email: lalderman@a-dlaw.com    __/s/_____
                               DIANE M. SULLIVAN, D. C. BAR # 12765
Attorney for Plaintiff         Assistant United States Attorney
                               Judiciary Center Building
                               555 Fourth Street, N.W.
                               Room E4919
                               Washington, D.C. 20530
                               (202) 514-7205

                               Attorneys for Defendants