UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CORNELL HERBERT                )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 07-1516(CKK)
                               )
THE ARCHITECT OF THE CAPITOL   )
                               )
          Defendant.           )
_____)
```

## JOINT DISCOVERY PLAN

In accordance with the Court's Scheduling Order, the parties submit a proposed discovery.

1. The defendant will serve plaintiff with a proposed stipulated protective order (Privacy Act) by March 10, 2008. The plaintiff will return the executed order to defendant, or suggest changes by March 30, 2008, for filing with the Court.

2. The defendant will serve plaintiff with written discovery including medical releases, if appropriate, by April 1, 2008.

3. The plaintiff will serve defendant with written discovery by April 1, 2008.

4. The parties anticipate that all written discovery will be concluded June 1, 2008.

5. The parties anticipated that all depositions will be concluded by August 15, 2008.

6. The status conference is scheduled for September 4, 2008.

|  | Respectfully submitted, |
|---|---|
| __/s/_____<br>LESLIE DAVID ALDERMAN, III<br>D.C. Bar # 477750<br>Alderman & Devorsetz, PLLC<br>1025 Connecticut Avenue, NW<br>Suite 615<br>Washington, DC 20036<br>202-969-8220<br>Fax: 202-969-8224<br>Email: lalderman@a-dlaw.com<br><br>Attorney for Plaintiff | __/s/_____<br>JEFFREY A. TAYLOR, D.C. BAR # 498610<br>United States Attorney<br><br>__/s/_____<br>RUDOLPH CONTRERAS, D.C. BAR # 434122<br>Assistant United States Attorney<br><br>__/s/_____<br>DIANE M. SULLIVAN, D. C. BAR # 12765<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Room E4919<br>Washington, D.C. 20530<br>(202) 514-7205<br><br>Attorneys for Defendants |