UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CORNELL HERBERT                )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 07-1516(CKK)
                               )
THE ARCHITECT OF THE CAPITOL   )
                               )
          Defendant.           )
_____)
```

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

The parties, in accordance with rule 6(b)(1) of the Federal Rules of Civil Procedure and the Court's Standing Order, move for a 30-day enlargement of time to complete discovery up to and including September 30, 2008 and to reschedule the status conference presently set for September 4, 2008. This is the first request for an enlargement of time by either party.

The parties have completed written discovery and had anticipated taking depositions the end of July and the first part of August. However, counsel for the defendant had an illness and a recent death in the family. Counsel was out of the office in California in April for approximately a week and for approximately ten days in July causing a significant disruption to her schedule. Depositions in Beckford v. Paulson, Civil Action No. 06-1342, Koehling v. United States of America, et al., Civil Action No. 07-1152 (a multi-defendant FTCA case), and Douglas v. Quander, Civil Action No. 07-0835 had to be rescheduled. Defense counsel presently has at least fifteen depositions that are now scheduled or rescheduled for August,

including two <u>de bene esse</u> depositions in a new case, <u>Porter v. United States of America</u>, Civil Action No. 08-0483 for August 12, 2008 because witnesses are leaving the country for two years. Defense Counsel is also on TRO duty August 4-8, 2008.  Similarly, plaintiff's counsel was out of the office for a week because his mother was hospitalized.

In addition to the unexpected disruption in counsels' schedule , all but one witness to be deposed in the instant case works for the Architect of the Capitol (AOC).  Unbeknownst to counsel, AOC employees are required or "strongly encouraged" to take their vacation in late July and August when Congress is out of session and those that remain are assigned crash projects to be completed before Congress returns.  Several of the witnesses are not available when counsel are free.

Counsel anticipate seven, at the most ten, depositions. Counsel have reserved September 17, 19, and 25, 2008 for the depositions and anticipate no further requests for extensions.

Wherefore, it is respectfully requested that the parties have up to and including September 30, 2008 to complete discovery and that the status conference be scheduled shortly thereafter.

Respectfully submitted,

__/s/_____    __/s/_____
LESLIE DAVID ALDERMAN, III       JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar # 477750                United States Attorney
Alderman & Devorsetz, PLLC
1025 Connecticut Avenue, NW
Suite 615                        __/s/_____
Washington, DC 20036             RUDOLPH CONTRERAS, D.C. BAR # 434122
202-969-8220                     Assistant United States Attorney
Fax: 202-969-8224
Email: lalderman@a-dlaw.com      __/s/_____
                                 DIANE M. SULLIVAN, D. C. BAR # 12765
Attorney for Plaintiff           Assistant United States Attorney
                                 Judiciary Center Building
                                 555 Fourth Street, N.W.
                                 Room E4919
                                 Washington, D.C. 20530
                                 (202) 514-7205

                                 Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                  )
CORNELL HERBERT                   )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   Civil Action No. 07-1516(CKK)
                                  )
THE ARCHITECT OF THE CAPITOL      )
                                  )
        Defendant.                )
_____)

**ORDER**

UPON CONSIDERATION of the Joint Motion for an Enlargement of Time, and for good cause shown, it is on this _____day of _____, 2008,

ORDERED, that the joint motion is GRANTED. It is

FURTHER ORDERED that the parties have up to and including September 30, 2008 to complete discovery; it is

FURTHER ORDERED that the status conference scheduled for September 4, 2008 be continued to _____, 2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Parties via ECF